UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------
SUBWAY INTERNATIONAL, B.V.,

    Petitioner,

  -v-

SUBWAY RUSSIA FRANCHISING
COMPANY, LLC,

    Defendant.
------------------------------

21-cv-7362 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

    At the Court's request, the attached documents were provided by the parties to supplement the record. The Clerk is directed to docket these materials.

    SO ORDERED.

New York, NY
December 2, 2021

                                            JED S. RAKOFF, U.S.D.J.

1