**Subject:** RE: Russia

**From:** Michael Conway <mconway@lpgmlaw.com>
**Sent:** Tuesday, November 21, 2023 4:31 PM
**To:** Joblove, Michael D. <MDJoblove@Venable.com>
**Cc:** Halsey, Brett M. <BMHalsey@Venable.com>; Greene, Nina <NGreene@Venable.com>
**Subject:** RE: Russia
**Caution: External Email**

That's fine. Sorry for the delay – I didn't have a charger and just now got my computer working…



Michael T. Conway
**Partner**
**Lazare Potter Giacovas & Moyle LLP**
747 Third Ave, 16th Floor
New York, New York  10017
Cell: (917) 242-1597
Office Direct Dial (212) 784-2404
Office Fax: (212) 888-0919

This communication, including attachments, is confidential, may be subject to legal privileges, and is intended for the sole use of the addressee. Any use, duplication, disclosure or dissemination of this communication, other than by the addressee, is prohibited. If you have received this communication in error, please notify the sender immediately and delete or destroy this communication and all copies.

**From:** Joblove, Michael D. <MDJoblove@Venable.com>
**Sent:** Tuesday, November 21, 2023 3:50 PM
**To:** Michael Conway <mconway@lpgmlaw.com>
**Cc:** Halsey, Brett M. <BMHalsey@Venable.com>; Greene, Nina <NGreene@Venable.com>
**Subject:** Russia
**[WARNING]** This email is from an **EXTERNAL** sender. **Do not click** on links or attachments unless you expect them from the sender and know the content is safe.

Hi Michael—We filed a corrected petition in federal court which simply adds a table of authorities and hyperlinks to the cases we cite.  The court has asked us to see if you approve.  Please let me know.

Thanks.  Hope you're having a great trip, and happy Thanksgiving.

**Michael D. Joblove | Venable LLP**
**Partner-in-Charge | Florida Offices**
**t** 305.349.2333 | **m** 954.816.3304
100 Southeast Second Street, Suite 4400, Miami, FL 33131

MJoblove@Venable.com | www.Venable.com

************************************************************************
This electronic mail transmission may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.
************************************************************************