UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

SUBWAY INTERNATIONAL, B.V.,

        Petitioner and Cross-Respondent,

21 **CIVIL** 7362 (JSR)

-against-

**JUDGMENT**

SUBWAY RUSSIA FRANCHISING COMPANY, LLC,

        Respondent and Cross-Petitioner.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Order dated May 28, 2024, SIBV's petition to confirm the First Award and Second Award is hereby granted, and Subway Russia's cross-petition to vacate is hereby denied; accordingly, the case is closed.

**Dated**: New York, New York
       May 29, 2024

**RUBY J. KRAJICK**

**Clerk of Court**

BY:

_____
**Deputy Clerk**