# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

SUBWAY INTERNATIONAL, B.V.

Petitioner,

(List the full name(s) of the plaintiff(s)/petitioner(s).)

21 CV 07362 (JSR)( )

-against-

**NOTICE OF APPEAL**

SUBWAY RUSSIA FRANCHISING COMPANY, LLC

Respondent.

(List the full name(s) of the defendant(s)/respondent(s).)

Notice is hereby given that the following parties:

SUBWAY RUSSIA FRANCHISING COMPANY, LLC

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the  ☒ judgment  ☐ order  entered on: May 29, 2024

(date that judgment or order was entered on docket)

that: relates to the Memorandum Order dated May 28, 2024, confirming an arbitration award, and denying a motion to dismiss and cross-petition to vacate

(If the appeal is from an order, provide a brief description above of the decision in the order.)

June 22, 2024

Dated

Signature*

Conway, Michael T

Name (Last, First, MI)

747 Third Ave., 16th Fl   NY           NY              10017
Address                  City          State           Zip Code

(917) 242-1597                         mconway@lpgmlaw.com
Telephone Number                       E-mail Address (if available)

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case.  Fed. R. App. P. 3(c)(2).  Attach additional sheets of paper as necessary.

Rev. 12/23/13